JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.P., by and through her guardians ad litem, V.P. and B.P.; V.P. and B.P., as Individuals<br><br>Plaintiffs,<br><br>v.<br><br>PASADENA UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. 2:19-cv-07965 MWF (SSx)<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting *in part* Plaintiffs' Motion for Summary Judgment (Docket No. 43) and pursuant to Rules 52, 54, and 58 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment be entered in favor of Plaintiffs V.P. and B.P, the parents of A.P., and against Defendant Pasadena Unified School District as follows:

1

1. Reimbursement for Bridges tuition costs incurred during the 2017-2018 school year in the amount of **$9,635**.
2. Reimbursement for costs incurred for Student's psychological counseling from December 17 through the end of the 2017-2018 school year in the amount of **$3,695.20**.
3. Reimbursement for transportation costs to and from Bridges incurred during the 2017-2018 school year in the amount of **$1,321.30**.
4. Reimbursement for psychological services during the 2018-2019 school year that were focused on independent living tasks in the amount of **$2,829.06**.
5. Attorneys' fees and costs in the amount of **$115,915.58**.

Accordingly, the total amount awarded is **$133,396.14**.

Dated: November 17, 2021

MICHAEL W. FITZGERALD
United States District Judge

2